# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MI EUROPA MARITIME CO.,**

        **Plaintiff,**

-vs-                                          **Case No. 6:10-cv-411-Orl-28DAB**

**A CARGO OF APPROX. 60,000
BARRELS OF ULSD ABOARD THE M/V
HORIZON THEANO, IN REM,**

        **Defendant.**

## ORDER

This case is before the Court on the Amended Joint Motion to Release Funds in Court Registry Account and to Dismiss Case (Doc. No. 46) filed July 19, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 20, 2010 (Doc. No. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion to Release Funds in Court Registry Account and to Dismiss Case (Doc. No. 46) is **GRANTED**.

3.  A separate order is being filed contemporaneously with this Order that directs the distribution of the funds currently in the Court's Registry Investment System and the dismissal of this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___13___ day of August, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party